STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM CARDINALE AND CHARLES MONTO, DEFENDANTS-PETITIONERS.

*Mr. William Cardinale* and *Mr. Charles Monto, in propriae personae.*

*Mr. Richard J. Congleton* and *Mr. C. William Caruso* for the respondent.

March 17, 1952.   Dismissed.